IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| GORDON ROY PARKER, a/k/a "Ray Gordon," Plaintiff, v. PAYPAL, INC. et al. Defendants | : : : : : : : : : : : : | Case No:   15-cv-6065 |
|---|---|---|

**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

**Plaintiff** Gordon Roy Parker ("Plaintiff"), in the above-styled action, is exercising his absolute right under Federal Rule of Civil Procedure 41(a)(1)(A)(i) to withdraw this case in its entirety, without leave of the Court, and without prejudice.

This the 10th day of December, 2015

Gordon Roy Parker, Pro Se
4247 Locust Street, #119
Philadelphia, PA 19104
(267) 298-1257
SnodgrassPublish@aol.com
**PLAINTIFF**

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| **GORDON ROY PARKER,** a/k/a "Ray Gordon," <br><br> Plaintiff, <br><br> v. <br><br><br> **PAYPAL, INC. et al.** <br> Defendants | **Case No: 15-cv-6065** |

## CERTIFICATE OF SERVICE

I, Gordon Roy Parker, **Plaintiff** in the above-styled action, hereby attest and swear (and certify) that I have served a true an correct copy of **Notice of Voluntary Dismissal Pursuant To Federal Rule 41(a)(1)(A)(1)** on defense counsel, by **e-mail and regular mail**, as follows:

**Gary Green, Esq.**
Sidkoff, Pincus & Green
1100 Market Street, #2700
Philadelphia, PA  19107
GG@greatlawyers.com
Counsel for Defendants Sofield/Payloadz

**Robert Carroll, Esq.**
Goodwin Procter, LLP
53 State Street Boston, MA 02109
rcarroll@goodwinprocter.com
Counsel For Defendants Blue Snap/Great Hill Partners (Plimus no longer exists)

Nicholas Benedict
1640 Wilcox Avenue
Los Angeles, CA  90028
Nick@king-edward.com
Defendant, Pro Se

PayPal, Inc.
2221 North First Street
San Jose, CA 95131
Defendant

Plimus, Inc.
49016 Milmont Drive
Fremont, CA 94538
Defendant

Richard "Gambler" La Ruina (British national)
22 Canterbury Close
Cambridgeshire, CB43QQ UK
Defendant

Owner of PUA Training, Ltd.
(British corporation which does business (with La Ruina) throughout the United States)
Defendant

Vladymyr Oleynynk
Botanicheskaya 19a
Moscow 127427, RUSSIA
Defendant

Venusian Arts, LLC
11276 Ventura Boulevard
#313
Studio City, CA 91604
Defendant

Chris Odom
11276 Ventura Boulevard
#313
Studio City, CA 91604
Defendant

Real Social Dynamics
1930 Village Center Circle
#3-9653
Las Vegas, NV 89134
Defendant

3

Nicholas James Kho
1930 Village Center Circle
#3-9653
Las Vegas, NV 89134
Defendant

This the 10th day of December, 2015

*[signature]*

Gordon Roy Parker, Pro Se
4247 Locust Street, #119
Philadelphia, PA 19104
(267) 298-1257
SnodgrassPublish@aol.com
**PLAINTIFF**

4